UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK DANIEL,

    Petitioner,                                   Case No. 2:09-CV-14996

v.                                                HONORABLE AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

GREG McQUIGGAN,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding, and in accordance with the Memorandum and Order entered on October 31, 2011.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 31st, day of October, 2011

SO ORDERED

                                                                  s/Avern Cohn
                                                                  Honorable Avern Cohn
                                                                  United States District Judge

I hereby certify that a copy of the foregoing document was mailed to Roderick Daniel, 398108, St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880 and the attorneys of record on this date, October 31, 2011, by electronic and/or ordinary mail.

                                                                 S/Julie Owens
                                                             Case Manager, (313) 234-5160